IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.197.106.118

**ISP:** Comcast Cable
**Physical Location:** East Brunswick, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/03/2016 05:53:27 | 745699EDDA4BE5A3CD86C65A55A2E6520FEBE0B5 | Chloe In Couture |
| 11/26/2016 16:24:55 | 23261BF6D8EC89B33B1EBB4D263DA824F1C0F1A1 | Kristin and Nine Unleashed |
| 11/26/2016 15:56:49 | F891718B037A8D17A5702117B2A7CACD7FCED27E | Caprice Swaps Cocks |
| 11/17/2016 08:29:44 | 7E1FD6FD10F1FEDEE0680579A54BFC6221D17958 | Sneaking In |
| 10/01/2016 23:39:22 | 5D5EABCAAC28F61C26FF907A74CDE24B1D7E147D | Return of the Pussy Cat Burglar |
| 08/30/2016 04:15:01 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 08/24/2016 02:11:24 | 2D977CF21E6554D14D2FCAF8763E43CA6636E264 | Luckiest Man Alive |
| 07/28/2016 07:04:46 | 06CC661BEECF9960B3CDCD1B77C031A7339C0974 | A Fucking Hot Threesome |
| 03/09/2016 04:31:17 | 3CA99A2813FCF9C8901792B85B581D457E328814 | Anneli Leila Menage A Trois |
| 03/01/2016 07:39:44 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 02/09/2016 06:30:46 | 8FF09BA10894D5C5FB97B0A98B1B2D716B4A6EA0 | Four Ways |
| 06/25/2015 10:16:10 | 071AF07D0ADD39F7FB1CD24517FB2D46C9386341 | Good Morning I Love You |
| 06/25/2015 08:42:29 | 100C5C009CE914A06E10367EAD6F93B8E50D9798 | Deepest Desires |
| 06/16/2015 03:25:29 | 592D840C4BBCDDB1C6AC8A8350EF8FFFD515B716 | Take Me Now |
| 05/17/2015 10:00:21 | 96A913133F69815F926BB9C21BF03470303BD248 | Forever You Part #2 |
| 05/10/2015 07:44:47 | 4EF002FE7CF11A23116C9185DC9B96D1CB1528F6 | I Want You To Want Me |
| 02/03/2015 06:23:58 | CB838862A918749955E0DD247A24C9570C43F151 | Still Mine |
| 01/25/2015 05:04:42 | E33FC28B11F33A289BB69BA6486C19DE209C0718 | The Studio Part #1 |
| 01/22/2015 06:14:36 | 0337D6E3D32503BF28EF2B7C9F58A125F16EE064 | Barely Fits |
| 12/30/2014 04:31:47 | 84C5E1CE642BF837D12E74FFAC74845FD0667ED6 | Under My Blanket |
| 12/30/2014 03:52:12 | 5920EB1A4A7002F1BBD0B48DD9C46F2308CD2539 | Watching |
| 12/19/2014 04:57:22 | EC5F10F3595975F3FF0C95DD4D4FDC9BDDBE1C4A | Tantric Massage |

EXHIBIT A

CNJ635

**Total Statutory Claims Against Defendant: 22**

EXHIBIT A

CNJ635