## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 09/28/2017 at 9:04 PM |
| NAME OF SERVER (PRINT) ERIC GRUBOY | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

DOCUMENTS WE SERVED ON CARL CABALBAG at __384 NEW BRUNSWICK AVE.__
__NEW BRUNSWICK, NJ 08816__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

☐ Other (specify): __CARL CABALBAG IS A MALE, OLIVE SKIN, BLACK HAIR, 50's, 150 LBS, 5'7"__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __09/30/2017__
Date

Signature of Server

PO BOX 25066
NEWARK, NJ 07102
Address of Server

DOCUMENTS TO BE SERVED ON CARL CABALBAG:
- SUMMONS
- AMENDED COMPLAINT - ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT
- EXHIBITS

WE SERVE NJ, LLC, PO BOX 25066, NEWARK, NJ 07102