Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CARL CABALBAG,<br><br>　　　　　Defendant. | Case No. 2:17-cv-01315-ES-JAD<br><br>**REQUEST FOR ENTRY OF CLERK'S DEFAULT PURSUANT TO FED.R.CIV.P 55(a)** |

　　　　Pursuant to Fed.R.Civ.P. 55(a), Plaintiff requests the entry of a default against Defendant, Carl Cabalbag for failing to plead or otherwise defend this action as required by law. Attached hereto as Exhibit A is the Declaration in Support of Request for Entry of Default. Attached hereto as Exhibit B is the proposed Entry of Default.

　　　　Dated:  November 15, 2017

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　 /s/ *Patrick J. Cerillo*　　　　　　
　　　　　　　　　　　　　　　　　　Patrick J. Cerillo, Esq.

1

>Patrick J. Cerillo, LLC
>4 Walter E. Foran Blvd., Suite 402
>Flemington, NJ 08822
>Attorney ID No. 01481-1980
>T: (908) 284-0997
>F: (908) 284-0915
>pjcerillolaw@comcast.net
>*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2017, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via Regular and Certified Mail to the persons set forth in the Service List below.

>By:   /s/ *Patrick J. Cerillo*

**Service List**
Carl Cabalbag
384 New Brunswick Ave.,
New Brunswick, NJ 08816